**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01281-REB-PAC

JOHN WESTOVER,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)** [#40], filed April 13, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)** [#40], filed April 13, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for January 18, 2008, is **VACATED**; and

4.  That the jury trial set to commence February 4, 2008, is **VACATED**.

Dated April 13, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**